By the Court.
 

 The Conservancy Act of Ohio enjoins upon each county treasurer the duty to collect delinquent assessmexxts, levies axxd penalties. See Sectioxxs 6828-48, 6828-51 axxd 6828-55, Genex-al Code.
 

 In
 
 State, ex rel. Miami Conservancy District,
 
 v.
 
 Baden et al., Budget Commission,
 
 130 Ohio St., 251, 198 N. E., 865, in affirming the judgment of .the Court of Appeals holding that the conservancy district could not by maxxdamus compel the budget commissioxx to include delinquent assessmexxts in an annual budget, this court held that, under Sections 6828-51 axxd 6828-55, General Code, the right of the couxxty treasurer to make such collection is exclusive and that the provisions of those sectioxxs are mandatory.
 

 As the duties of prosecuting attorney and county auditor are enjoined by law and there is no allegation that either has declined or refused to act, neither is a necessary party to the present proceeding.
 

 The demurrer to the answer will be sustained and a writ of mandamus allowed.
 

 Writ allowed.
 

 Weygandt, C. J., Matthias, Hart, Zimmerman, Bell and Williams, JJ., concur.
 

 Turner, J., not participating.